To

THE UNITED STATES DISTRICT COURT.
FOR THE NORTHRN DISTRICT OF GEORGIA.
ATLANTA DIVISION.

FODAY KAMARA

    Plaintiff

Vs

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY.

    Defendant.

Civil Action File #
1:16-cv-1157-CC

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 10 2016

JAMES N. HATTEN, Clerk
By: S.Byrn Deputy Clerk

### Response in Opposition Motion to Enforce Settlement Agreement.

Dear YOUR HONOR.

    I, Foday Kamara, am hereby to explain why I refuse to sign the final settlement between the Lincoln National Life Insurance. My Attorney Mr. Kenneth Behman called me on June 2016 and explained to me that he want to settle my case with amount of $5,500. And thats the money he wants to settle my case. Reason (1) Lincoln have to pay me $170.00 for the next Ten (10) years. Starting at the age of 55 years. to 65 years. Reason (2) Before. Since the Insurance have been paying more than 50%. (Insurance paid me 70%. That Means I own the Insurance more than $5000.00. Reason (3) Mr Kenneth told me that, I own another $5000.00 now is more than $10,000.00 Reason (4) No Letter this time from Lincoln Insurance that I own another

$10.000. Reason (5) Mr. Kenneth told me that I will recieve $5,500. for my Final Settlement. Later. He told me that He has to collect $2,257.16. Reason (6) I have paid Mr Kenneth more than $8000.00. Reason (7) I told Mr Kenneth that I will like to receive or collect $170.00 - until I become 65 years. There are others vague Flipflop ship informations. Because I lack the knowledge to understand the legalities. I am in dilemma, Frustration, Fear, anger. I am disable. with S.S.A - $619.00. per month. No other Income.

Thank your Honor.

Mr. Foday Kamara.

11/10/16.